B9A (Official Form 9A) (Chapter 7 Individual or Joint Debtor No Asset Case) (12/12)     Case Number **13−02836**

# UNITED STATES BANKRUPTCY COURT
Northern District of Illinois

## Notice of Chapter 7 Bankruptcy Case, Meeting of Creditors, & Deadlines
A chapter 7 bankruptcy case concerning the debtor(s) listed below was filed on 1/25/13.

You may be a creditor of the debtor. **This notice lists important deadlines.** You may want to consult an attorney to protect your rights. All documents filed in the case may be inspected at the bankruptcy clerk's office at the address listed below. NOTE: The staff of the bankruptcy clerk's office cannot give legal advice.

**Creditors −− Do not file this notice in connection with any proof of claim you submit to the court.**
**See Reverse Side For Important Explanations**

Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
David G Bode
fdba VIP Home Health Care Services, fdba Surfside
Partners LLC
2013 Red Oak Lane
Saint Charles, IL 60174

| | |
|---|---|
| Case Number: 13−02836<br>Office Code: 1 | Social Security / Individual Taxpayer ID / Employer Tax ID / Other nos:<br>xxx−xx−6952 |
| Attorney for Debtor(s) (name and address):<br>Gina B Krol ESQ<br>Cohen & Krol<br>105 West Madison Street #1100<br>Chicago, IL 60602<br>Telephone number: 312.368.0300 | Bankruptcy Trustee (name and address):<br>David R Brown ESQ<br>Springer Brown Covey Gaertner & Davis<br>400 South County Farm Road<br>Suite 330<br>Wheaton, IL 60187<br>Telephone number: 630 510−0000 |

### Meeting of Creditors:
Date: **February 19, 2013**      Time: **01:00 PM**

Location: **505 N Cty Farm Road, Room 2017, Wheaton, IL 60187**

**All debtors are required to attend and bring a picture ID and proof of their Social Security Number to the 341 meeting.**

### Presumption of Abuse under 11 U.S.C. § 707(b)
*See "Presumption of Abuse" on reverse side.*

**The presumption of abuse does not arise.**

### Deadlines:
Papers must be *received* by the bankruptcy clerk's office by the following deadlines:

**Deadline to Object to Debtor's Discharge *or* to Challenge Dischargeability of Certain Debts: 4/22/13**

**Deadline to Object to Exemptions:**
Thirty (30) days after the *conclusion* of the meeting of creditors.

### Creditors May Not Take Certain Actions:
In most instances, the filing of the bankruptcy case automatically stays certain collection and other actions against the debtor and the debtor's property. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although the debtor can request the court to extend or impose a stay. If you attempt to collect a debt or take other action in violation of the Bankruptcy Code, you may be penalized. Consult a lawyer to determine your rights in this case.

**Please Do Not File a Proof of Claim Unless You Receive a Notice To Do So.**

### Creditor with a Foreign Address:
A creditor to whom this notice is sent at a foreign address should read the information under "Do Not File a Proof of Claim at This Time" on the reverse side.

| | |
|---|---|
| **Address of the Bankruptcy Clerk's Office:**<br>Eastern Division<br>219 S Dearborn<br>7th Floor<br>Chicago, IL 60604<br>Telephone number: 1−866−222−8029 | **For the Court:**<br>Clerk of the Bankruptcy Court:<br>Kenneth S. Gardner |
| Hours Open: Monday − Friday 8:30 AM −4:30 PM | Date: January 28, 2013 |

**EXPLANATIONS**  B9A (Official Form 9A) (12/12)

| | |
|---|---|
| Filing of Chapter 7 Bankruptcy Case | A bankruptcy case under chapter 7 of the Bankruptcy Code (title 11, United States Code) has been filed in this court by or against the debtor(s) listed on the front side, and an order for relief has been entered. |
| **Legal Advice** | The staff of the bankruptcy clerk's office cannot give legal advice. Consult a lawyer to determine your rights in this case. |
| Creditors Generally May Not Take Certain Actions | Prohibited collection actions are listed in Bankruptcy Code §362. Common examples of prohibited actions include contacting the debtor by telephone, mail or otherwise to demand repayment; taking actions to collect money or obtain property from the debtor; repossessing the debtor's property; starting or continuing lawsuits or foreclosures; and garnishing or deducting from the debtor's wages. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although the debtor can request the court to extend or impose a stay. |
| Presumption of Abuse | If the presumption of abuse arises, creditors may have the right to file a motion to dismiss the case under § 707(b) of the Bankruptcy Code. The debtor may rebut the presumption by showing special circumstances. |
| Meeting of Creditors | A meeting of creditors is scheduled for the date, time and location listed on the front side. *The debtor (both spouses in a joint case) must be present at the meeting to be questioned under oath by the trustee and by creditors.* Creditors are welcome to attend, but are not required to do so. The meeting may be continued and concluded at a later date specified in a notice filed with the court. |
| Do Not File a Proof of Claim at This Time | There does not appear to be any property available to the trustee to pay creditors. *You therefore should not file a proof of claim at this time.* If it later appears that assets are available to pay creditors, you will be sent another notice telling you that you may file a proof of claim, and telling you the deadline for filing your proof of claim. If this notice is mailed to a creditor at a foreign address, the creditor may file a motion requesting the court to extend the deadline. ***Do not include this notice with any filing you make with the court.*** |
| Discharge of Debts | The debtor is seeking a discharge of most debts, which may include your debt. A discharge means that you may never try to collect the debt from the debtor. If you believe that the debtor is not entitled to receive a discharge under Bankruptcy Code §727(a) *or* that a debt owed to you is not dischargeable under Bankruptcy Code §523(a)(2), (4), or (6), you must file a complaint –– or a motion if you assert the discharge should be denied under § 727(a)(8) or (a)(9) –– in the bankruptcy clerk's office by the "Deadline to Object to Debtor's Discharge or to Challenge the Dischargeability of Certain Debts" listed on the front of this form. The bankruptcy clerk's office must receive the complaint or motion and any required filing fee by that deadline. |
| Exempt Property | The debtor is permitted by law to keep certain property as exempt. Exempt property will not be sold and distributed to creditors. The debtor must file a list of all property claimed as exempt. You may inspect that list at the bankruptcy clerk's office. If you believe that an exemption claimed by the debtor is not authorized by law, you may file an objection to that exemption. The bankruptcy clerk's office must receive the objections by the "Deadline to Object to Exemptions" listed on the front side. |
| Bankruptcy Clerk's Office | Any paper that you file in this bankruptcy case should be filed at the bankruptcy clerk's office at the address listed on the front side. You may inspect all papers filed, including the list of the debtor's property and debts and the list of the property claimed as exempt, at the bankruptcy clerk's office. |
| Creditor with a Foreign Address | Consult a lawyer familiar with United States bankruptcy law if you have any questions regarding your rights in this case. |

–– Refer to Other Side for Important Deadlines and Notices ––

United States Bankruptcy Court
Northern District of Illinois

In re:  
David G Bode  
    Debtor

Case No. 13-02836-DRC  
Chapter 7

## CERTIFICATE OF NOTICE

District/off: 0752-1    User: lrafacz    Page 1 of 2    Date Rcvd: Jan 28, 2013  
Form ID: b9a    Total Noticed: 26

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 30, 2013.

```
db           +David G Bode,    2013 Red Oak Lane,    Saint Charles, IL 60174-2369
19961320     +441 Surfside Partners LLC,    c/o Gilbert Liss,    39 S. LaSalle St., Ste. 605,
               Chicago, IL 60603-1622
19961321     +American Chartered Bank,    1199 E Higgins Rd,    Schaumburg, IL 60173-4711
19961323     +Bruce Povalish,    1615 Hunters Glen,    Wheaton, IL 60189-7465
19961325     +Dan Perry,    793 Springer Dr.,    Lombard, IL 60148-6412
19961326     +David Dvorak,    7702 W. Addison,    Unit 1,    Chicago, IL 60634-4455
19961327     +David Rolewick,    1776 S. Naperville Rd.,    Suite 10A,    Wheaton, IL 60189-5870
19961328     +GC Services LP,    Collection Agency,    PO Box 79,    Elgin, IL 60121-0079
19961330     +Jared,    PO Box 1799,    Akron, OH 44309-1799
19961331     +John Dukon,    Robert Sutich Bruning & Assoc P.C.,    333 Commerce Drive, Suite 900,
               Crystal Lake, IL 60014-3528
19961332     +Laura Scotello,    2013 Red Oak Lane,    Saint Charles, IL 60174-2369
19961333     +MB Financial,    PO box 685,    Roanoke, TX 76262-0685
19961334      MB Financial,    1200 N Ashland,    Chicago, IL 60622-2298
19961336     +Select Portfolio Servicing,    Po Box 65250,    Salt Lake City, UT 84165-0250
19961338     +State of Illinois,    PO Box 19035,    Springfield, IL 62794-9035
19961339     +Steve Ignoffo,    793 Springer Dr.,    Lombard, IL 60148-6412
19961340     +TCF Bank,    800 Burr Ridge Pkwy,    Willowbrook, IL 60527-6486
19961341     +TRS Recovery Services Inc.,    5251 Westheimer,    Houston, TX 77056-5416
19961342      U.S. Department of Education,    Direct Loan Servicing Center,    P.O. Box 5609,
               Greenville, TX 75403-5609
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.

```
aty           E-mail/Text: gkrol@cohenandkrol.com Jan 29 2013 02:27:57     Gina B Krol, ESQ,    Cohen & Krol,
               105 West Madison Street #1100,    Chicago, IL  60602
tr           +EDI: QDRBROWN.COM Jan 29 2013 01:43:00      David R Brown, ESQ,
               Springer Brown Covey Gaertner & Davis,    400 South County Farm Road,    Suite 330,
               Wheaton, IL 60187-4547
19961322     +EDI: AMEREXPR.COM Jan 29 2013 01:43:00      American Express,    PO Box 0001,
               Los Angeles, CA 90096-8000
19961324     +EDI: CAUT.COM Jan 29 2013 01:44:00      Chase Bank,    PO Box 901076,    Fort Worth, TX 76101-2076
19961329      EDI: IRS.COM Jan 29 2013 01:44:00      IRS,    PO Box 145566,    Cincinnati, OH 45250
19961335     +E-mail/Text: bnc@nordstrom.com Jan 29 2013 02:31:04     Nordstrom Bank,    PO Box 6565,
               Englewood, CO 80155-6565
19961343     +EDI: WFFC.COM Jan 29 2013 01:43:00      Wells Fargo,    PO Box 4233,    Portland, OR 97208-4233
                                                                                              TOTAL: 7
```

```
             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
19961337      St. John Plumbing,    11051 W. 97th Lane,    PO Box 242,    KY 40373
                                                                                 TOTALS: 1, * 0, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 9):** Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

**Date: Jan 30, 2013**      **Signature:** *Joseph Speetjens*

```
District/off: 0752-1          User: lrafacz              Page 2 of 2            Date Rcvd: Jan 28, 2013
                              Form ID: b9a               Total Noticed: 26
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on January 28, 2013 at the address(es) listed below:
        David R Brown, ESQ    dbrown@springerbrown.com,   dbrown@ecf.epiqsystems.com;jill@springerbrown.com
        Gina B Krol, ESQ    on behalf of Debtor David G Bode gkrol@cohenandkrol.com,
         jhazdra@cohenandkrol.com;gkrol@cohenandkrol.com;pmchugh@cohenandkrol.com
        Patrick S Layng    USTPRegion11.ES.ECF@usdoj.gov
                                                                                                     TOTAL: 3