B18 (Official Form 18) (12/07)

# United States Bankruptcy Court

Northern District of Illinois
Case No. 13–02836
**Chapter 7**

In re: Debtor (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   David G Bode
   fdba VIP Home Health Care
   Services, fdba Surfside Partners
   LLC
   2013 Red Oak Lane
   Saint Charles, IL 60174

Social Security / Individual Taxpayer ID No.:
   xxx–xx–6952

Employer Tax ID / Other nos.:

## DISCHARGE OF DEBTOR

     It appearing that the debtor is entitled to a discharge, **IT IS ORDERED:** The debtor is granted a discharge under section 727 of title 11, United States Code, (the Bankruptcy Code).

FOR THE COURT

Dated: <u>April 23, 2013</u>                 <u>Kenneth S. Gardner, Clerk</u>
                                                                  United States Bankruptcy Court

**SEE THE BACK OF THIS ORDER FOR IMPORTANT INFORMATION.**

# EXPLANATION OF BANKRUPTCY DISCHARGE
# IN A CHAPTER 7 CASE

This court order grants a discharge to the person named as the debtor. It is not a dismissal of the case and it does not determine how much money, if any, the trustee will pay to creditors.

**Collection of Discharged Debts Prohibited**

The discharge prohibits any attempt to collect from the debtor a debt that has been discharged. For example, a creditor is not permitted to contact a debtor by mail, phone, or otherwise, to file or continue a lawsuit, to attach wages or other property, or to take any other action to collect a discharged debt from the debtor.*[In a case involving community property:* There are also special rules that protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.] A creditor who violates this order can be required to pay damages and attorney's fees to the debtor.

However, a creditor may have the right to enforce a valid lien, such as a mortgage or security interest, against the debtor's property after the bankruptcy, if that lien was not avoided or eliminated in the bankruptcy case. Also, a debtor may voluntarily pay any debt that has been discharged.

**Debts That are Discharged**

The chapter 7 discharge order eliminates a debtor's legal obligation to pay a debt that is discharged. Most, but not all, types of debts are discharged if the debt existed on the date the bankruptcy case was filed. (If this case was begun under a different chapter of the Bankruptcy Code and converted to chapter 7, the discharge applies to debts owed when the bankruptcy case was converted.)

**Debts that are Not Discharged.**

Some of the common types of debts which are not discharged in a chapter 7 bankruptcy case are:

a. Debts for most taxes;

b. Debts incurred to pay nondischargeable taxes (in a case filed on or after October 17, 2005);

c. Debts that are domestic support obligations;

d. Debts for most student loans;

e. Debts for most fines, penalties, forfeitures, or criminal restitution obligations;

f. Debts for personal injuries or death caused by the debtor's operation of a motor vehicle, vessel, or aircraft while intoxicated;

g. Some debts which were not properly listed by the debtor;

h. Debts that the bankruptcy court specifically has decided or will decide in this bankruptcy case are not discharged;

i. Debts for which the debtor has given up the discharge protections by signing a reaffirmation agreement in compliance with the Bankruptcy Code requirements for reaffirmation of debts; and

j. Debts owed to certain pension, profit sharing, stock bonus, other retirement plans, or to the Thrift Savings Plan for federal employees for certain types of loans from these plans (in a case filed on or after October 17, 2005).

**This information is only a general summary of the bankruptcy discharge. There are exceptions to these general rules. Because the law is complicated, you may want to consult an attorney to determine the exact effect of the discharge in this case.**

```
                           United States Bankruptcy Court
                            Northern District of Illinois
In re:                                                          Case No. 13-02836-DRC
David G Bode                                                    Chapter 7
         Debtor
                              CERTIFICATE OF NOTICE
District/off: 0752-1          User: lkorotko            Page 1 of 2          Date Rcvd: Apr 23, 2013
                              Form ID: b18              Total Noticed: 26


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Apr 25, 2013.
db           +David G Bode,    2013 Red Oak Lane,   Saint Charles, IL 60174-2369
19961320     +441 Surfside Partners LLC,    c/o Gilbert Liss,   39 S. LaSalle St., Ste. 605,
               Chicago, IL 60603-1622
19961321     +American Chartered Bank,    1199 E Higgins Rd,   Schaumburg, IL 60173-4711
19961323     +Bruce Povalish,    1615 Hunters Glen,   Wheaton, IL 60189-7465
20092367      Daimler Trust,    c/o BK Servicing, LLC,   PO Box 131265,   Roseville, MN 55113-0011
19961325     +Dan Perry,    793 Springer Dr.,   Lombard, IL 60148-6412
19961326     +David Dvorak,    7702 W. Addison,   Unit 1,   Chicago, IL 60634-4455
19961327     +David Rolewick,    1776 S. Naperville Rd.,   Suite 10A,   Wheaton, IL 60189-5870
19961328     +GC Services LP,    Collection Agency,   PO Box 79,   Elgin, IL 60121-0079
19961330     +Jared,    PO Box 1799,   Akron, OH 44309-1799
19961332     +Laura Scotello,    2013 Red Oak Lane,   Saint Charles, IL 60174-2369
19961333     +MB Financial,    PO box 685,   Roanoke, TX 76262-0685
19961334      MB Financial,    1200 N Ashland,   Chicago, IL 60622-2298
19961331     +Robert Sutich,    Bruning & Assoc P.C.,   333 Commerce Drive, Suite 900,
               Crystal Lake, IL 60014-3528
19961336     +Select Portfolio Servicing,    Po Box 65250,   Salt Lake City, UT 84165-0250
19961338     +State of Illinois,    PO Box 19035,   Springfield, IL 62794-9035
19961339     +Steve Ignoffo,    793 Springer Dr.,   Lombard, IL 60148-6412
19961340     +TCF Bank,    800 Burr Ridge Pkwy,   Willowbrook, IL 60527-6486
19961341     +TRS Recovery Services Inc.,    5251 Westheimer,   Houston, TX 77056-5416
19961342      U.S. Department of Education,    Direct Loan Servicing Center,   P.O. Box 5609,
               Greenville, TX 75403-5609

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
tr           +EDI: QDRBROWN.COM Apr 24 2013 04:03:00    David R Brown, ESQ,
               Springer Brown Covey Gaertner & Davis,   400 South County Farm Road,   Suite 330,
               Wheaton, IL 60187-4547
19961322     +EDI: AMEREXPR.COM Apr 24 2013 04:03:00    American Express,   PO Box 0001,
               Los Angeles, CA 90096-8000
19961324     +EDI: CAUT.COM Apr 24 2013 04:03:00    Chase Bank,   PO Box 901076,   Fort Worth, TX 76101-2076
19961329      EDI: IRS.COM Apr 24 2013 04:03:00    IRS,   PO Box 145566,   Cincinnati, OH 45250
19961335     +E-mail/Text: bnc@nordstrom.com Apr 24 2013 05:12:41     Nordstrom Bank,   PO Box 6565,
               Englewood, CO 80155-6565
19961343     +EDI: WFFC.COM Apr 24 2013 04:03:00    Wells Fargo,   PO Box 4233,   Portland, OR 97208-4233
                                                                                             TOTAL: 6

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
19961337      St. John Plumbing,    11051 W. 97th Lane,   PO Box 242,   KY 40373
                                                                               TOTALS: 1, * 0, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.
```

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 9):** Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

**Date: Apr 25, 2013**              **Signature:**    _Joseph Speetjens_

```
District/off: 0752-1          User: lkorotko              Page 2 of 2               Date Rcvd: Apr 23, 2013
                              Form ID: b18                Total Noticed: 26
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 23, 2013 at the address(es) listed below:

        Bradley J Smith    on behalf of Creditor    Select Portfolio Servicing bsmith@klueverplatt.com, snotarius@klueverplatt.com
        David R Brown, ESQ    dbrown@springerbrown.com, dbrown@ecf.epiqsystems.com;jill@springerbrown.com
        Gina B Krol, ESQ    on behalf of Debtor David G Bode gkrol@cohenandkrol.com, jhazdra@cohenandkrol.com;gkrol@cohenandkrol.com;pmchugh@cohenandkrol.com
        John P Dickson    on behalf of Plaintiff Richard M Sutich jdickson@bruninglaw.com, cbrown@bruninglaw.com
        Patrick S Layng    USTPRegion11.ES.ECF@usdoj.gov

        TOTAL: 5